# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
7-14-19

United States of America
v.
Samuel Rigoberto Fontes-Munoz,
(A206 092 328)
*Defendant*

Case No. 19-8326MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 14, 2019, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Carmelo C. Tringali

☒ Continued on the attached sheet.

*Complainant's signature*
Brian T. Fitzgerald,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 15, 2019

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Nogales, Arizona

## ATTACHMENT A

### Count 1

On or about July 14, 2019, Samuel Rigoberto Fontes-Munoz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 1, 2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about July 14, 2019, at or near Phoenix, in the District of Arizona, Samuel Rigoberto Fontes-Munoz, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Brian T. Fitzgerald, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about July 14, 2019, Samuel Rigoberto Fontes-Munoz was arrested by the Mesa Police Department (MPD) and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, ICE Officer Storz interviewed Fontes-Munoz and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On July 14, 2019, Fontes-Munoz was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Fontes-Munoz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Samuel Rigoberto Fontes-Munoz to be a citizen of Mexico and a previously deported criminal alien. Fontes-Munoz was removed from the United States to Mexico, at or near Nogales, Arizona, on or about March 1, 2019, pursuant to an order of removal issued by an immigration official. There is no record of Fontes-Munoz in any Department of Homeland Security database to suggest

that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Fontes-Munoz's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Samuel Rigoberto Fontes-Munoz in any Department of Homeland Security database to suggest that after his last removal from the United States, he entered the United States at an official Port of Entry. Had Fontes-Munoz presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Fontes-Munoz entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Fontes-Munoz's immigration history was matched to him by electronic fingerprint comparison.

5. On or about July 14, 2019, Samuel Rigoberto Fontes-Munoz was advised of his constitutional rights. Fontes-Munoz freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 14, 2019, Samuel Rigoberto Fontes-Munoz, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on or about March 1, 2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section

3

1326(a), and on or about July 14, 2019, at or near Phoenix, in the District of Arizona, Samuel Rigoberto Fontes-Munoz, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Brian T. Fitzgerald,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 15th day of July, 2019.

_____
John Z. Boyle,
United States Magistrate Judge

4